# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

WILBURT HURST,

      Plaintiff,

v.                               CASE NO. 4:18cv237-RH/CAS

CENTURION OF FLORIDA LLC et al.,

      Defendants.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation. ECF No. 29. No objections have been filed. The recommendation is for denial of the plaintiff's motion for a preliminary injunction.

The plaintiff has not yet established a likelihood of success on the merits or that he will suffer irreparable harm if an injunction does not issue. But the possible availability of a damages award in due course is not an adequate basis on which to deny a preliminary injunction. If the plaintiff is suffering ongoing deliberate indifference to a serious medical need, he may be entitled to a preliminary injunction. Any defendant currently responsible for the plaintiff's medical care

should be required to respond promptly to any renewed motion for a preliminary injunction.

IT IS ORDERED:

The report and recommendation is accepted. The motion for a preliminary injunction, ECF No. 2, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on February 2, 2019.

s/Robert L. Hinkle_____
United States District Judge