# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WILBERT HURST,

       Plaintiff,

v.                                                    CASE NO.  4:18cv237-RH-CAS

CENTURION OF FLORIDA et al.,

       Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 356. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant Dr. Francis Ong's motion to dismiss, ECF No. 47, is denied.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 5, 2019.

                       s/Robert L. Hinkle_____
                       United States District Judge