IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILBERT HURST,

    Plaintiff,

v.                                         CASE NO. 4:18cv237-RH-EMT

CENTURION OF FLORIDA, LLC
et al.,

    Defendants.

_____/

## SCHEDULING ORDER

This order confirms the schedule announced at the hearing on April 8, 2021. The schedule may be modified if an attorney appears for the plaintiff. For the reasons set out on the record,

IT IS ORDERED:

1. The case is referred to Magistrate Judge Martin A. Fitzpatrick for a settlement conference by video transmission from remote locations. The settlement conference should occur by May 7 under procedures established entirely at Judge Fitzpatrick's discretion. Judge Fitzpatrick will have no further role in the case. Everything said during the settlement conference—other than the terms of any

settlement agreement itself—is confidential and inadmissible as a settlement negotiation. *See* N.D. Fla. Loc. R. 16.3.

2. If the case is not settled, volunteers will be solicited to represent the plaintiff under the court's standard practice in cases of this kind.

3. The trial will be conducted during the two-week period that begins on September 13, 2021. The defendants' attorneys have a conflicting trial during the week of September 13. If the conflict remains, the trial in this case will be conducted during the week of September 20, or other steps will be taken as necessary. The conflicting trial will have priority over this one.

4. The clerk must set a pretrial conference by telephone for the first available date on or after August 23.

5. By August 16, each party must file a witness list and an exhibit list. No witness will be allowed to testify, and no exhibit will be admitted into evidence, unless included on a list that was properly filed. This requirement applies to all witnesses and exhibits, including those offered only in rebuttal or for impeachment.

6. A party must provide to another party—but need not file—any witness's address and a copy of any exhibit within 7 days after the other party so requests.

7. By August 16, each party must file a report for each expert witness who will be called at trial. The report must include a complete statement of all opinions

the witness will express and the basis and reasons for them. No expert will be allowed to testify unless a report is properly filed. This requirement applies to all experts, including those called only in rebuttal or for impeachment.

    SO ORDERED on April 8, 2021.

<u>s/Robert L. Hinkle</u>
United States District Judge
