IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILBERT HURST,

      Plaintiff,

v.                                       CASE NO. 4:18cv237-RH-EMT

CENTURION OF FLORIDA, LLC
et al.,

      Defendants.

_____/

ORDER DISMISSING THE CLAIMS
AGAINST MS. DELANEY FOR
FAILURE TO SERVE PROCESS

As set out on the record of the hearing on April 8, 2021, the plaintiff's claims against the defendant Christin Judd Delaney are dismissed for failure to serve process. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

SO ORDERED on April 8, 2021.

                                                s/Robert L. Hinkle
                                                United States District Judge