UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILBERT HURST,

    Plaintiff,

v.                                             Case No.  4:18cv237-RH-EMT

CENTURION OF FLORIDA, LLC
et al.,

    Defendants.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

On April 9, 2021, the District Judge referred this matter to the undersigned for a settlement conference.  ECF Doc. 147.  A settlement conference was held via remote means on April 29, 2021.  ECF Doc. 155.  Although the parties did not settle this matter during that conference, the parties agreed to reconvene, and did so, via remote means, on May 5, 2021.  ECF Doc. 156.

On May 25, 2021, the District Judge modified his previous settlement conference order to "allow the magistrate judge to require" in person attendance for any future settlement conferences.  ECF Doc. 157.  The undersigned finds it is time to reconvene and conclude the settlement conference and further finds for purposes

Page **2** of **2**

of judicial efficiency and to facilitate necessary settlement discussions an in-person conference is necessary.

Accordingly, it is ORDERED:

1.   A settlement conference will be held before the undersigned on **Thursday, June 17, 2021 at 10:00 A.M (CST) in Courtroom 3N, United States District Court, One North Palafox, Pensacola, FL.**

2.   The undersigned will issue a writ directing the United States Marshal Service or other official to bring Plaintiff to the settlement conference.

3.   The undersigned's prior order excusing certain parties from attending the settlement conference (ECF Doc. 150) is **VACATED**.

4.   All parties, counsel, and client or other representatives necessary to achieve a full and complete settlement of this matter must attend the conference with sufficient settlement authority and must do so <u>in person</u>.

DONE AND ORDERED this 2nd day of June, 2021.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:18cv237-RH-EMT