UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:** *Wilbert Hurst v. Centurion of Florida, et al*
**Case No.:** 4:18-cv-237-RH-EMT
**Date:** June 17, 2021
**Hearing:** Settlement Conference

---

**Time Commenced:** 10:00 a.m.          **Time Concluded:** 4:00 p.m.

**Attorneys present for Plaintiff:**

James V. Cook, Esquire

**Attorneys present for Defendant:**

Brian A. Wahl, Esquire

**Others present:**

Vicki Love, Representative from Centurion
Dr. Elliott Perez-Lugo
Kristina Zebley, LPN
Dr. Errol Campbell

**PROCEEDINGS:**

| | |
|---|---|
| 10:00 a.m. | Court in session. |
| | Introductions, instructions, and scheduling for the conference discussed. |
| 10:25 a.m. | Settlement Conference begins. |
| | **Settlement reached.** |
| 4:00 p.m. | Settlement Conference concludes. |
| | Court is adjourned. |

_____
Filed in open court
June 17, 2021
CRD: kli